UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDA NIXON, individually, and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br><br>GRANDE COSMETICS, LLC,<br>    Defendant | Case No. 1:22-cv-06639 |

NOTICE OF ADDENDUM TO PROPOSED CLASS SETTLEMENT AGREEMENT

Plaintiff submits with this notice an addendum to the parties' proposed class settlement agreement.

Dated: December 12, 2023

                                                Respectfully Submitted,

                                                */s/ Ruben Honik*
                                                Ruben Honik
                                                David J. Stanoch, Of Counsel
                                                Honik LLC
                                                1515 Market Street, Suite 1100
                                                Philadelphia, PA 19102
                                                Tel: 267-435-1300
                                                ruben@honiklaw.com
                                                david@honiklaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and current copy of the foregoing to be filed and served upon all counsel of record by operation of the court's CM/ECF system.

Dated: December 12, 2023              /s/ Ruben Honik
                                      Ruben Honik

# STIPULATED SETTLEMENT ADDENDUM

This Stipulated Settlement Addendum ("Addendum") to the Stipulated Agreement and Release ("Agreement") is entered into by and between Plaintiff Brenda Nixon ("Plaintiff"), on the one hand, and Defendant Grande Cosmetics, LLC ("Grande" or "Defendant"), on the other (collectively referred to as the "Parties" or singularly "Party") to effect the settlement set forth herein subject to Court approval.

## RECITALS

**A.** On October 12, 2023, the Parties executed the Agreement.

**B.** On October 23, 2023, Plaintiff filed a Motion for Preliminary Approval of the Agreement.

**C.** On November 9, 2023, the Court overseeing *Nixon v. Grande Cosmetics, LLC*, Case No. 1:22-cv-06639 (D.N.J. 2022) (the "Action") asked the Parties to consider the decision by the United States Court of Appeals for the Third Circuit, *In re Wawa, Inc. Data Security Litig.*, 85 F.4th 712 (3d Cir. 2023), which issued after the Parties executed the Settlement and after Plaintiff her Motion for Preliminary Approval.

**D.** Whereas the Parties agree to this Addendum to the Agreement.

**E.** Whereas this Addendum adopts the definitions set forth in the Agreement.

## ADDENDUM

**NOW, THEREFORE**, the parties hereby agree, subject to Court approval, that Paragraph 2.5 of the Agreement is amended as follows (strike-through indicates deletion):

**2.5 Plaintiff's Counsel's Fees and Expenses.** Plaintiff shall move the Court, at least thirty-five (35) days before the Objection Deadline and the Exclusion Deadline, for approval of an award of Plaintiff's Counsel's Fees, in an amount of up to one-third of the Total Settlement Amount, as well as Expenses. ~~Grande will not object to Plaintiff's motion for an award of Plaintiff's Counsel's fees in an amount up to one-third of the Total Settlement Amount.~~ If the Court approves the Agreement and an award of attorneys' fees and expenses to Plaintiff's Counsel, Plaintiff's Counsel's Fees and Expenses shall be paid from the Cash Settlement Fund within ten (10) calendar days after Grande provides the funds to the Settlement Administrator as described in 2.1(c) above. Except as otherwise provided herein, Plaintiff's Counsel and Grande's Counsel shall bear their own respective fees, costs, and expenses. No interest shall be paid on any portion of Plaintiff's Counsel's Fees and Expenses.

**AGREED TO AND ACCEPTED:**

Dated: December __, 2023            **Plaintiff Brenda Nixon**

                                    By: _____
                                        Brenda Nixon

Dated: December __, 2023          Grande Cosmetics, LLC
       12/8/2023

By: _____
      Alicia Grande
      Chief Executive Officer

**APPROVED AS TO FORM:**

Attorneys for Plaintiff and the Settlement Class:

Dated: December ___, 2023          **HONIK, LLC**

_____
By: Ruben Honik

Attorneys for Defendant Grande Cosmetics, LLC

Dated: December ___, 2023          **LOCKE LORD LLP**

_____
By: Thomas J. Cunningham

## <u>STIPULATED SETTLEMENT ADDENDUM</u>

This Stipulated Settlement Addendum ("Addendum") to the Stipulated Agreement and Release ("Agreement") is entered into by and between Plaintiff Brenda Nixon ("Plaintiff"), on the one hand, and Defendant Grande Cosmetics, LLC ("Grande" or "Defendant"), on the other (collectively referred to as the "Parties" or singularly "Party") to effect the settlement set forth herein subject to Court approval.

### RECITALS

**A.** On October 12, 2023, the Parties executed the Agreement.

**B.** On October 23, 2023, Plaintiff filed a Motion for Preliminary Approval of the Agreement.

**C.** On November 9, 2023, the Court overseeing *Nixon v. Grande Cosmetics, LLC*, Case No. 1:22-cv-06639 (D.N.J. 2022) (the "Action") asked the Parties to consider the decision by the United States Court of Appeals for the Third Circuit, *In re Wawa, Inc. Data Security Litig.*, 85 F.4th 712 (3d Cir. 2023), which issued after the Parties executed the Settlement and after Plaintiff her Motion for Preliminary Approval.

**D.** Whereas the Parties agree to this Addendum to the Agreement.

**E.** Whereas this Addendum adopts the definitions set forth in the Agreement.

### ADDENDUM

**NOW, THEREFORE**, the parties hereby agree, subject to Court approval, that Paragraph 2.5 of the Agreement is amended as follows (strike-through indicates deletion):

**2.5 Plaintiff's Counsel's Fees and Expenses.** Plaintiff shall move the Court, at least thirty-five (35) days before the Objection Deadline and the Exclusion Deadline, for approval of an award of Plaintiff's Counsel's Fees, in an amount of up to one-third of the Total Settlement Amount, as well as Expenses. ~~Grande will not object to Plaintiff's motion for an award of Plaintiff's Counsel's fees in an amount up to one-third of the Total Settlement Amount.~~ If the Court approves the Agreement and an award of attorneys' fees and expenses to Plaintiff's Counsel, Plaintiff's Counsel's Fees and Expenses shall be paid from the Cash Settlement Fund within ten (10) calendar days after Grande provides the funds to the Settlement Administrator as described in 2.1(c) above. Except as otherwise provided herein, Plaintiff's Counsel and Grande's Counsel shall bear their own respective fees, costs, and expenses. No interest shall be paid on any portion of Plaintiff's Counsel's Fees and Expenses.

**AGREED TO AND ACCEPTED:**

Dated: December 12, 2023            **Plaintiff Brenda Nixon**

                                    By: _/s/ Brenda Nixon_
                                    Brenda Nixon

Dated: December __, 2023                 **Grande Cosmetics, LLC**


By: _____
    Alicia Grande
    Chief Executive Officer


**APPROVED AS TO FORM:**

**Attorneys for Plaintiff and the Settlement Class:**

Dated: December 12, 2023                 **HONIK, LLC**

By: _/s/ Ruben Honik_____
By: Ruben Honik

**Attorneys for Defendant Grande Cosmetics, LLC**

Dated: December ___, 2023                **LOCKE LORD LLP**


By: _____
By: Thomas J. Cunningham

135613664v.1                                          2