UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDA NIXON, individually, and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>GRANDE COSMETICS, LLC,<br>    Defendant | Case No. 1:22-cv-06639 |

## ORDER

And now, this **18th** day of **July**, 2024, upon consideration of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award, and any response or reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff and Class Counsel are awarded the following, pursuant to and to be paid in accordance with the Settlement:

1. Attorneys' fees to Class Counsel in the amount of $2,000,000.00;

2. Litigation costs to Class Counsel in the amount of $25,465.85; and

3. A service award to Plaintiff in the amount of $15,000.00.

**SO ORDERED**,

_____
Bumb, C.J.